# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**TANYA APONE,**

    **Plaintiff,**

vs.                                                                 1:08CV219-MMP/AK

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion to Extend Time for 34 Hours to File Memorandum (doc. 13) and the memorandum. (Doc. 14). Having considered said motion, (doc. 13), the Court is of the opinion that it should be **GRANTED NUNC PRO TUNC**.

**DONE AND ORDERED** this _**11th**_ day of March, 2009.

                                         _s/ A. KORNBLUM_
                                         **ALLAN KORNBLUM**
                                         **UNITED STATES MAGISTRATE JUDGE**