# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**TANYA APONE,**

    **Plaintiff,**

**vs.**                                                                                  **1:08CV219-MMP/AK**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

_____/

## O R D E R

Presently before the Court is Defendant's Motion to Extend Time to File Responsive Memorandum. (Doc. 16). Having considered said motion, (doc. 16), which is unopposed, the Court is of the opinion that it should be **GRANTED,** and the memorandum shall be filed within thirty days of this date.

**DONE AND ORDERED** this __9th__ day of April, 2009.

                                                              _s/ A. KORNBLUM_
                                                              **ALLAN KORNBLUM**
                                                              **UNITED STATES MAGISTRATE JUDGE**